UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ROY ABBOTT,<br><br>                    Petitioner,<br>    v.<br>RENE BAKER, et. al.,<br><br>                    Respondents. | Case No. 3:14-cv-00599-MMD-WGC<br><br>ORDER |

Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed *in forma pauperis*, nor did he pay the filing fee of five dollars ($5.00). Petitioner will need to do one of these before the action may proceed.

Petitioner has not signed and verified his petition, as required by 28 U.S.C. § 2242 and Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will need to correct this omission, or the Court will dismiss this action.

It is therefore ordered petitioner shall file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk of the Court shall send petitioner a copy of the petition.

It is further ordered that petitioner shall re-submit his petition, signed under penalty of perjury, within thirty (30) days of entry of this order. Failure to comply will result in the dismissal of this action.

DATED THIS 21st day of November 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE