# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID ROY ABBOTT,<br><br>　　　　　　Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:14-cv-00599-MMD-WGC<br><br>ORDER |

In this habeas corpus action, brought by Nevada prisoner David Roy Abbott, the respondents filed a motion to dismiss on June 25, 2015. (Dkt. no. 10.) Abbott's response to the motion to dismiss was due on July 13, 2015. Abbott did not file a response by that date.

In the interests of justice, the Court will, *sua sponte*, extend to August 21, 2015, the time for Abbott to file and serve a response to the motion to dismiss.

If Abbott does not respond to the motion to dismiss by August 21, 2015, the Court will rule on the motion to dismiss without a response from Abbott. Moreover, Abbott is cautioned that, under Local Rule 7−2(d), the failure to file a response to a motion constitutes consent to the granting of the motion.

It is therefore ordered that the time for petitioner to file and serve a response to the motion to dismiss (dkt. no. 10) is extended to, and including, August 21, 2015.

DATED THIS 15th day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE